

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-18-00422-CR

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

On June 22, 2018, relator filed a pro se petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, the petition is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 28, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006CR10110, styled *The State of Texas v. Richard Lares*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.